0UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE: MATTHEW DOUGLAS EVANS and    CASE NO. 9:10-bk-
      JENNIFER ANN EVANS
   Debtor
_____/

CHAPTER 13 PLAN

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor to pay to Trustee for the period of 36 months. In the event the Trustee does not retain the full 10 %, any portion not retained will be paid to unsecured creditors pro-rate under the plan:

A.     $738.00 per month for 60 months to completion:

**2. ADMINISTRATIVE ATTORNEY FEE:** $3,000.00 TOTAL PAID $ 1,300.00
Balance Due $ 1,700.00    Payable Through Plan at $ 200.00 Monthly

**3. PRIORITY CLAIMS: [as defined in 11U.S.C. 8507]**

**Name of Creditor**                                                                **Total Claim**

**NONE**

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

Pre-Confirmation Adequate Protection Payments: No later than 30 days after the date of filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to 1326(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

**Name of Creditor**                  **Collateral**                  **Adequate Protection Payment in Plan**

**NONE**

---
All references to "Debtor" includes and refers to both debtors in a case filed jointly by two individuals.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each mouth thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|

**NONE**

**(B) Claims Secured by Real Property which Debtor Intend to Retain/Arrearages Paid Through the Plan:** In addition to the provision in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|

**NONE**

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec Balance | Interest Rate ____% |
|---|---|---|---|---|

**NONE**

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Value | Interest Rate ____% |
|---|---|---|---|---|

**NONE**

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Arrearages |
|---|---|---|---|

**NONE**

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor, by the Debtor outside the Plan. The automatic stay is terminated in rem as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any co-debtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease Executory Contract section below.

| Name of Creditor | Collateral |
|---|---|
| Suncoast Schools FCU | 2005 Ford F150 |
| Suncoast Schools FCU | 2007 Mercury Montego |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/Lease property no later than thirty (30) days from the filing of the Petition unless specified otherwise in the Plan. The automatic stay is terminated in rem as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable co-Debtor stay; or to abrogate Debtors's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/ Collateral to be Surrendered |
|---|---|
| Bank of America 1st and 2nd Mortgage | Real Estate 2788 SE Creekwood Terr, Arcadia, FL 34266 |
| Bank of the West | 2007 Hurricane Deck Boat |

**SECURED-LEINS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|

NONE

**LEASES/EXECUTORY CONTRACT:**

| Name of Creditor | Collateral | Assume/Reject | Estimated Arrears |
|---|---|---|---|

NONE

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ 38,708.00.

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtors discharge or dismissal of this case, unless the Court orders otherwise.

4. The amount listed for claims in this plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling unless the Court orders otherwise.

Case Specific Provisions: _____

Debtor: _Matthew Eeains_    Dated _____

Co-Debtor: _Jennifer Eeuens_    Dated _____